**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

May 31, 2023

**BY ECF**

The Honorable Denise L. Cote
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

      Re:    *United States v. Kevin Chiu*, 23 Cr. 262 (DLC)

Dear Judge Cote:

      The Government respectfully submits this letter to request that the defendant be arraigned on the charges contained in the Indictment in the above-referenced case on Wednesday, June 7, 2023 at 11:00 a.m. The Government has conferred with counsel for the defendant who has informed the Government that the defense joins this request.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: *[signature]*
Lisa Daniels
Assistant United States Attorney
Southern District of New York
Tel: (212) 637-2955

*Granted.*
*[signature] Denise Cote*
*6/1/23*

Cc:    Counsel of record (by ECF)