

Meister Seelig & Fein PLLC

*Ilana Haramati*
*Partner*
Direct (646) 860-3130
Fax (212) 655-3535
ih@msf-law.com

September 8, 2023

**VIA ECF**

Hon. Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 18B
New York, New York 10007

Granted.
Denise Cote
9/8/23

Re:   *United States v. Kevin Chiu*, 23-cr-262 (DLC)

Dear Judge Cote:

We represent defendant Kevin Chiu in the above-referenced matter. We write to respectfully request a one-week adjournment of Mr. Chiu's deadline to file pretrial motions from September 15, 2023 to September 22, 2023. The parties are presently engaged in substantive plea discussions, and this brief extension is necessary to allow parties to complete those ongoing negotiations, which may resolve this matter short of trial.

We have conferred with counsel for the government (AUSA Daniels) who has no objection to this request.

Respectfully Submitted,

MEISTER SEELIG & FEIN PLLC

/s/ IH

Ilana Haramati
Jason I. Ser

*Counsel for Defendant Kevin Chiu*

cc:   Counsel of Record (*via ECF*)