```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
                                           :
UNITED STATES OF AMERICA,                  :     23cr262 (DLC)
                                           :
          -v-                              :     ORDER
                                           :
KEVIN CHIU,                                :
                    Defendant.             :
                                           :
-------------------------------------------X
```

DENISE COTE, District Judge:

    IT IS HEREBY ORDERED that a change of plea is scheduled in this matter for December 4 at 3:00 PM in Courtroom 18B, 500 Pearl Street.

Dated:    New York, New York
           November 27, 2023

                                            DENISE COTE
                                  United States District Judge