

Meister Seelig & Fein PLLC

*Ilana Haramati*
*Partner*
Direct (646) 860-3130
Fax (212) 655-3535
ih@msf-law.com

February 20, 2024

**VIA ECF**

Hon. Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 18B
New York, New York 10007

*Denied. Defense submissions can be submitted 3/7/24. The Government's are due 3/12/24.*
*Denise Cote*
*2/21/24*

**Re:** *United States v. Kevin Chiu*, 23-cr-262 (DLC)

Dear Judge Cote:

We represent defendant Kevin Chiu in the above-referenced matter. We write to respectfully request a 30-day adjournment of Mr. Chiu's March 14, 2024 sentencing. This additional time is necessary to allow Mr. Chiu to assemble and prepare a thorough set of materials relevant to the Court's sentencing determination under 18 U.S.C. § 3553(a).

We have conferred with counsel for the government (AUSA Daniels) who has no objection to this request.

Respectfully Submitted,

MEISTER SEELIG & FEIN PLLC

_____/s/ IH_____

Ilana Haramati

*Counsel for Defendant Kevin Chiu*

cc: Counsel of Record (*via ECF*)